IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-50462
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RUBEN ARTURO GONZALEZ-ROBLES,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. DR-96-CR-203
- - - - - - - - - -
December 10, 1997

Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

Ruben Arturo Gonzalez-Robles appeals from his sentence for

illegal reentry into the United States after his deportation in

violation of 8 U.S.C. § 1326.  His motion for a stay of his

appeal pending the Supreme Court's decision in United States v.

Almendarez-Torres, 113 F.3d 515 (5th Cir. 1996), cert. granted,

117 S. Ct. 1333 (1997), is DENIED.

Gonzalez-Robles argues that because the indictment failed to

allege that he had a prior aggravated felony conviction, he could

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

only be sentenced under § 1326(a). However, due to his prior aggravated felony conviction, Gonzalez-Robles was sentenced under § 1326(b)(2). His argument is foreclosed by this court's opinion in <u>United States v. Vasquez-Olvera</u>, 999 F.2d 943, 946-47 (5th Cir. 1993).

AFFIRMED.